

# Service of Process Transmittal

12/23/2021
CT Log Number 540790151

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Lottie Lakisha // To: WALMART INC.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint, Affidavit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court, IL<br>Case # 2021L012483 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 03/29/2020, Walmart Supercenter store located at 200 S. Bolingbrook Drive, Bolingbrook, IL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/23/2021 at 03:21 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Lauren A. Buchanan<br>Lauren A. Buchanan & Associates, P.C.<br>200 E. 5th Avenue, Suite 113<br>Naperville, IL 60563<br>312-759-7764 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/23/2021, Expected Purge Date: 12/28/2021<br><br>Image SOP<br><br>Email Notification,  CORTNEY OSBORNE  cortney.osborne@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



# Service of Process Transmittal

12/23/2021
CT Log Number 540790151

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Illinois**

**FOR:** WALMART INC.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / JD



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Dec 23, 2021

**Server Name:** Sheriff Drop

| Entity Served | Walmart Inc |
|---|---|
| Case Number | 2021L012483 |
| Jurisdiction | IL |



FILED
12/14/2021 1:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

Calendar, F
15947572

* 5 0 1 2 7 4 0 7 *

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                              (03/15/21) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Lakisha Lottie

_____ Plaintiff(s)

v.

Walmart, Inc.

Case No. 2021L012483

_____ Defendant(s)

Walmart, Inc. r/a CT Corporation System
208 S LaSalle Street, Suite 814
Chicago, IL 60604

Address of Defendant(s)

Please serve as follows (check one):  ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE IS A FEE TO FILE YOUR APPEARANCE.**

**FILING AN APPEARANCE**: Your appearance date is NOT a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE,** unless you are unable to eFile your appearance/ answer. You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons  *(03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service).

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

● Atty. No.: 49940
○ Pro Se 99500
Name: Lauren Buchanan
Atty. for (if applicable): Plaintiff
Address: 200 E. 5th Avenue, Suite 113
City: Naperville
State: IL   Zip: 60563
Telephone: 3127597764
Primary Email: lauren@laurenbuchananlaw.com

Witness date _____

12/14/2021 1:16 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

earing Date: 2/16/2022 9:30 AM
ocation: Court Room 2201
Jdge: Johnson, Moira S.

Case: 1:22-cv-00212 Document #: 1-1 Filed: 01/13/22 Page 7 of 13 PageID #:10

\* 5 0 1 2 7 4 0 7 \*

FILED
12/14/2021 1:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

Calendar, F
15947572

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Lakisha Lottie

**Plaintiff(s)**

v.

Walmart, Inc.

**Defendant(s)**

Walmart, Inc. r/a CT Corporation System
208 S LaSalle Street, Suite 814
Chicago, IL 60604

**Address of Defendant(s)**

Case No. 2021L012483

Please serve as follows (check one): ○ Certified Mail  ● Sheriff Service  ○ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE IS A FEE TO FILE YOUR APPEARANCE.**

**FILING AN APPEARANCE:** Your appearance date is **NOT** a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE,** unless you are unable to eFile your appearance/answer. You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons                                          * (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 49940
◯ Pro Se 99500

Name: Lauren Buchanan

Atty. for (if applicable):

Plaintiff

Address: 200 E. 5th Avenue, Suite 113

City: Naperville

State: IL  Zip: 60563

Telephone: 3127597764

Primary Email: lauren@laurenbuchananlaw.com

Witness date _____

12/14/2021 1:16 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

## CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5133

## CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5116

## COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5710

## DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
    OR
    ChildSupCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6300

## DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:  (312) 325-9500

## LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5426

## PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6441

## ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:  (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:  (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:  (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:  (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:  (708) 232-4551

Hearing Date: 2/16/2022 9:30 AM
Location: Court Room 2201
Judge: Johnson, Moira S.

Case: 1:22-cv-00212 Document #: 1-1 Filed: 01/13/22 Page 10 of 13 PageID #:13

FILED
12/14/2021 1:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L012483
Atty. No. 49940
Calendar, F
15947572

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LAKISHA LOTTIE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 2021L012483 |
| WALMART, INC. | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the plaintiff, LAKISHA LOTTIE, by and through her attorneys, LAUREN A. BUCHANAN & ASSOCIATES, P.C., and in support of her complaint at law against the defendant, WALMART, INC., hereby states as follows:

1. On and prior to March 29, 2020, WALMART, INC. was a foreign corporation licensed to do business in the State of Illinois.

2. On and prior to March 29, 2020, WALMART, INC. had its registered office at 208 S. LaSalle St., in the City of Chicago, County of Cook, State of Illinois.

3. On and prior to March 29, 2020, WALMART, INC. was in the business of owning and/or operating and/or supervising and/or managing and/or controlling and/or maintaining Walmart Supercenters throughout Chicago and the State of Illinois.

4. On and prior to March 29, 2020 WALMART, INC. owned and/or operated and/or supervised and/or managed and/or controlled and/or maintained the Walmart Supercenter located at 200 S. Bolingbrook Drive in Bolingbrook, Illinois.

5. On March 29, 2020, LAKISHA LOTTIE was a patron of the Walmart Supercenter store located at 200 S. Bolingbrook Drive in Bolingbrook, Illinois.

1

6. On March 29, 2020, LAKISHA LOTTIE was entering the store vestibule when she tripped over a floor mat which had flipped up and folded over.

7. LAKISHA LOTTIE was injured as a result of the occurrence.

8. On March 29, 2020, and prior to that date, the defendant, WALMART, INC., individually and by and through its agents and employees, should have anticipated that persons on the premises would not discover or realize the danger associated with the floor mat or would otherwise fail to protect themselves against the hazard the floor mat posed.

9. On March 29, 2020, and prior to that date, the defendant, WALMART, INC., individually and by and through its agents and employees knew, or in the exercise of reasonable care should have known, the danger posed by the floor mat.

10. At all times herein relevant it was the duty of the defendant, WALMART, INC., individually and by and through its agents and employees, to exercise the highest duty of care to its business invitees in the operation of the grocery store in question.

11. That notwithstanding its duty as aforestated, the defendant, WALMART, INC., individually and by and through its agents and/or employees, was guilty of one or more or all of the following negligent acts or omissions to act:

    a. Carelessly and negligently installed a floor mat that could flip up in the wind;

    b. Carelessly and negligently failed to secure the floor mat to the floor;

    c. Carelessly and negligently failed to remove the floor mat;

    d. Carelessly and negligently failed to warn LAKISHA LOTTIE of the danger associated with the floor mat;

    e. Carelessly and negligently failed to exercise care for the presence of LAKISHA LOTTIE;

  f. Carelessly and negligently failed to follow protocol, rules and regulations with respect to the safe maintenance and operation of the store;

  g. Carelessly and negligently failed to monitor or otherwise supervise the condition of the floor mat or the vestibule where it was located.

12. That as a direct and proximate result of one or more or all of the aforesaid negligent acts or omissions to act, LAKISHA LOTTIE suffered serious personal injury, has and will in the future require medical care and treatment, has and will in the future experience pain and suffering, has and will in the future experience disability, scarring and disfigurement as the result of the injuries suffered, and, lastly, has and will in the future lose time from gainful employment as a result of the injuries suffered.

WHEREFORE, the plaintiff, LAKISHA LOTTIE prays that this Court enter judgment in her favor and against the defendant, WALMART, INC., in an amount exceeding $50,000.00, plus costs.

_/s/ Lauren Buchanan_
Lauren Buchanan

Lauren A. Buchanan & Associates, P.C.
200 E. 5th Avenue
Suite 113
Naperville, Illinois 60563
(312) 759-7764 – phone
Lauren@laurenbuchananlaw.com

209844
Atty. No. 49940

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LAKISHA LOTTIE, | ) |
| Plaintiff, | ) |
| v. | ) NO. |
| WALMART, INC. | ) |
| Defendant. | ) |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00).

_____
Lauren Buchanan

Lauren A. Buchanan & Associates, P.C.
200 E. 5th Avenue
Suite 113
Naperville, Illinois 60563
(312) 759-7764 – phone
Lauren@laurenbuchananlaw.com

4